No. 1038, Misc. In re Disbarment of O'Malley. It is ordered that William R. O'Malley of Wickliffe, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within forty days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 261, Misc. Homer v. Beto, Corrections Director, et al. Motion for leave to file petition for writ of habeas corpus denied.

No. 247. Puyallup Tribe v. Department of Game of Washington et al.; and

No. 319. Kautz et al. v. Department of Game of Washington et al. Sup. Ct. Wash. Motion to dispense with printing petition in No. 319 granted. Certiorari granted. Cases are consolidated and a total of two hours is allotted for oral argument. Mr. Justice Marshall took no part in the consideration or decision of this motion and these petitions. Arthur Knodel for petitioner in No. 247. John J. O'Connell, Attorney General of Washington, Joseph L. Coniff, Special Assistant Attorney General, and Mike Johnson and Ed Mackie, Assistant Attorneys General, for respondents in both cases. Briefs amicus curiae, in support of the petitions in both cases, were filed by Allan G. Shepard, Attorney General of Idaho, and T. J. Jones III, Special Counsel, for Idaho Fish & Game Department, and Solicitor General Griswold for the United States. Briefs amicus curiae, in support of the petition in No. 247, were filed by Robert Y. Thornton, Attorney General, for the State of Oregon, and Arthur Lazarus, Jr., for Association on American Indian Affairs, Inc. Reported below: No. 247, 70 Wash. 2d 245, 422 P. 2d 754; No. 319, 70 Wash. 2d 275, 422 P. 2d 771. [For earlier order herein, see ante, p. 806.]